USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/10/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- X
UNITED STATES OF AMERICA

        - v. -

RAMIL CUSTODIO,

        Defendant.
----------------------------------- :

**ORDER**

21 Cr. 51 (CM)

WHEREAS, the Court has referred to the Magistrate Judge on duty the change-of-plea proceeding for defendant RAMIL CUSTODIO;

WHEREAS the defendant has requested that his guilty plea be taken remotely by video conference or by telephone conference, if video conference is not reasonably available;

WHEREAS the ongoing COVID-19 pandemic necessitates that the proceeding take place remotely;

WHEREAS the Coronavirus Aid, Relief, and Economic Securities Act, findings made by the Judicial Conference of the United States, and the January 5, 2021 First Amended Standing Order of Chief Judge Colleen McMahon of the Southern District of New York allow for guilty pleas to be taken by video teleconference, or telephone conference if video teleconferencing is not reasonably available, subject to certain findings made by the District Judge;

WHEREAS the Court understands that the Magistrate Judge on duty shall hear the defendant's plea by telephone if videoconference is not reasonably available;

THE COURT HEREBY FINDS that because defendant RAMIL CUSTODIO has consented to proceeding remotely and for the reasons set forth in the parties' letter of May 7, 2021, the plea proceeding cannot be further delayed without serious harm to the interests of justice and may proceed remotely by video teleconference, or by telephone conference if video teleconferencing is not reasonably available.

SO ORDERED.

Dated:    New York, New York
           May 10, 2021

_____
HONORABLE COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK