# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

**MEMO ENDORSED**

September 15, 2021

9/22/21
Sentencing Adj to
Nov 18, 2021 at 10 Am

*[signature: Colleen McMahon]*

By ECF

The Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: **United States v. Ramil Custodio**
**21 CR 51 (CM)**

Dear Judge McMahon:

I write with the consent of the Government to request an adjournment of Mr. Custodio's sentencing hearing and the accompanying deadlines. The committee setting trials for the fourth quarter of 2021 has scheduled me in a trial beginning the week of October 4. Given this conflict, and to ensure that I have adequate time to prepare for Mr. Custodio's sentencing and effectively represent him at his sentencing hearing, I ask that the hearing be rescheduled for during or after the first week of November, except November 8-12. This is the defense's first request for an adjournment of sentencing and, as noted above, the Government consents to this request.

Respectfully submitted,

/s/
Zawadi Baharanyi
Assistant Federal Defender
917-612-2753

cc:  Alexander Li
Assistant United States Attorney
(by ECF)



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/22/21